ACCEPTED
05-18-00549-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/19/2018 3:57 PM
LISA MATZ
CLERK

Appellate Docket Number: 05-18-00549-CR

Appellate Case Style: Style: Quinton Gold Hodge

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 12:00:00 AM

LISA MATZ
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Quinton | ☒ Lead Attorney |
| Middle Name: Gold | First Name: John |
| Last Name: Hodge | Middle Name: Lee |
| Suffix: | Last Name: Schomburger |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Law Office of John Schomburger |
| | Address 1: 555 Republic Drive # 200 |
| | Address 2: |
| | City: Plano |
| | State: Texas Zip+4: 75074 |
| | Telephone: 972-978-2218 ext. |
| | Fax: 972-468-1430 |
| | Email: jschomburger@gmail.com |
| | SBN: 17801540 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Greg |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Willis |
| Appellee Incarcerated?  ☐ Yes  ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Collin County Criminal District Attorney |
| | Address 1: 2100 Bloomdale Road #100 |
| | Address 2: |
| | City: McKinney |
| | State: Texas      Zip+4: 75071 |
| | Telephone: 972-548-4323    ext. |
| | Fax: 214-491-4860 |
| | Email: daappeals@gmail.co.tx.us |
| | SBN: 21653500    Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Homicide | Was the trial by:  ☐ jury or ☒ non-jury? |
| Type of Judgment: Final Judgment | Date notice of appeal filed in trial court: 05/09/2018 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 04/30/2018 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Attempt to Commit Capital Murder | Punishment assessed: 40 Years in TDC |
| Date of offense: 03/20/2016 | Is the appeal from a pre-trial order?  ☐ Yes  ☒ No |
| Defendant's plea: Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal?  ☒ Yes  ☐ No | ☐ Yes  ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:       ☒ Yes  ☐ No    If yes, date filed: May 18, 2018

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☒ No         If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed: 05/08/2018

Date of hearing:                  ☐ NA

Date of order:                    ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling: 05/08/2018

## VIII. Trial Court And Record

Court: 401st District Court

County: Collin County

Trial Court Docket Number (Cause no): 401-83842-2017

Trial Court Judge (who tried or disposed of the case):

First Name: Mark

Middle Name:

Last Name: Rusch

Suffix:

Address 1: 2100 Bloomdale Road #30030

Address 2:

City: McKinney

State: Texas          Zip + 4: 75071

Telephone: 972-548-4241          ext.

Fax:

Email: kquillin@collincountytx.gov

Clerk's Record:

Trial Court Clerk: ☒ District     ☐ County

Was clerk's record requested?     ☒ Yes  ☐ No

If yes, date requested: 05/09/2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☐ No

If yes, date requested: 05/09/2018

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Kim

Middle Name:

Last Name: Tinsley

Suffix:

Address 1: 2100 Bloomdale Drive #30030

Address 2:

City: McKinney

State: Texas          Zip + 4: 75071

Telephone: 972-548-4247          ext.

Fax:

Email: ktinsley@co.collin.tx.us

| | |
|---|---|

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                Court:

Style:

     Vs.     State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)               Date:   May 19, 2018

_____

Printed Name:                             State Bar No: 17801540

Electronic Signature:   /s/ John L. Schomburger          Name:   John Lee Schomburger
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  May 19, 2018      .

_____

Signature of counsel (or pro se party)       Electronic Signature: /s/ John L. Schomburger
                                       (Optional)

                              State Bar No.:   17801540

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 19, 2018

Manner Served: Email

First Name: Greg

Middle Name:

Last Name: Willis

Suffix:

Law Firm Name: Collin County Criminal District Attorney

Address 1: 2100 Bloomdale Road #100

Address 2:

City: Mckinney

State Texas                    Zip+4: 75071

Telephone: 972-548-4323      ext.

Fax: 214-491-4860

Email: daappeals@co.collin.tx.us